IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CRIMINAL DIVISION

People of the State of Illinois, )
           )
     Respondent, )   No.  87 CR 15089
           )
v.            )
           )
Robert Smith,      )   Honorable Adrienne E. Davis,
           )   Judge Presiding.
           )
     Petitioner. )

## ORDER

Pursuant to the State's motion to vacate Robert Smith's August 1990 conviction and September 1990 sentence, and the State's motion to dismiss the indictment of Mr. Smith in its entirety and with prejudice, and the Court being fully advised in all the premises, it is hereby ORDERED that:

1. Petitioner Robert Smith's conviction and sentence are VACATED;

2. The indictment against Mr. Smith is DISMISSED in its entirety and with prejudice;

3. The Illinois Department of Corrections is directed to release Petitioner Robert Smith, inmate number A64002, in coordination with Smith's counsel and as soon as reasonably practicable consistent with coronavirus and other IDOC rules and regulations. *This case only. AD*

IT IS SO ORDERED.

Entered: _____
       Hon. Adrienne E. Davis, Presiding. 2193

Date: October 23, 2020

ENTERED
Judge Adrienne E. Davis-2193
OCT 23 2020
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK