PHIL CLINE

IN THE CIRCUIT COURT OF COOK COUNTY

COUNTY DEPARTMENT, CRIMINAL DIVISION

PEOPLE OF THE STATE OF )

ILLINOIS, )

     Respondent. )

vs. ) No. 87 CR 15089

ROBERT SMITH, )

     Petitioner. )

DEPOSITION PHIL CLINE

Thursday, December 5, 2019

Chicago, Illinois

Reported By:

TRICIA J. LATHOURIS, CSR, RPR

JOB NO. 172367

PHIL CLINE

Q    And what were you doing while you were there?

A    Field lieutenant, watch commander.

Q    And what was your next assignment or promotion?

A    Area 2, violent crimes.  I was transferred there.

Q    Still as a lieutenant?

A    Yes.

Q    And you joined there in September of '86?

A    I think it was August.

Q    And you went as a lieutenant.  And who was the commander at that time?

A    Bob Beavers.

Q    Had Commander Jon Burge left Area 2 by the time you arrived at Area 2?

A    Yes.

Q    Do you know of your own knowledge when Commander Burge left Area 2?

A    Would have been the same time because he left and then I took his spot.

Q    I'm sorry.  You took Burge's spot or you took Beaver's spot?

A    No.  As a lieutenant, I took Burge's spot.

PHIL CLINE

A    I had 37 years on and --

Q    It was time?

A    -- it was time to go.

Q    Did you do any work or consulting or any kind of work after you left the Chicago Police Department?

A    Yeah.  I was named as the executive director of the Chicago Police Memorial Foundation.

Q    And how long did you do that work?

A    Still doing it.

Q    Okay.  Did the mayor of the City of Chicago ask you to retire from the Chicago Police Department?

A    No.

Q    When did you first become aware that Commander Jon Burge was accused of torturing suspects in his custody?

A    Whenever it was in the media.

Q    Okay.  There was no -- prior to reading about it in the media, you had never heard from any police officer, any detective, anyone who worked at Area 2, any rumor, statement, concern that torture was going on at Area 2?

MR. NOVY:  Objection.  Form.  You can answer.

PHIL CLINE

A   I think when people saw it in the media, they would talk about it.

BY MR. CHANEN:

Q   So your first memory, though, of hearing about it is something in the media?

A   Yes.

Q   And do you know when that occurred, or even approximately when?

A   No.

Q   Do you know whether it was before you arrived at Area 2 or after you had arrived at Area 2?

A   After.

Q   Okay.  So you read it in the media.  What was the next thing that you did with respect to talking to people about whether that had, in fact, occurred while at Area 2?

MR. NOVY:  Objection.  Foundation.

A   I don't recall any conversations.

BY MR. CHANEN:

Q   Were you still at Area 2 -- so try to picture in your mind seeing a media report of accusations of torture at Area 2.  Are you now working at Area 2 while you're reading this?

Page 48

PHIL CLINE

Lieutenant Jon Burge? And by that, I mean, did the allegations that you were reading about include allegations against detectives who were still working at Area 2, violent crimes?

A    I don't recall.

Q    Were you concerned about what you read?

MR. NOVY: Objection. Form.

A    Yes.

BY MR. CHANEN:

Q    Did you do anything at all to -- in furtherance of your concern? Did you do anything to investigate or ask questions or --

A    Well, it was being investigated by OPS at the time. But I never saw any indications of that while I had been there.

Q    After you -- did you at any time say to the violent crime detectives at Area 2, under my watch, there will no longer be torture of suspects in Area 2 custody?

A    Not that I recall ever saying that.

Q    Did you ever say to the detectives under your command or any detectives under your command at Area 2, under my watch, there will no longer be the physical striking of suspects in Area 2 custody?

PHIL CLINE

A    I don't recall saying that.

Q    Did you ever say to any of the detectives under your command, under my watch, we will not use the interrogation techniques that were used when you reported to Commander Jon Burge?

A    I don't recall saying that.

Q    Okay.  Now, at the time that you entered into Mr. Smith's interrogation room, Detective McWeeny reported directed to you, correct?

A    Yes.

Q    Detective -- and if I mispronounce it, I apologize -- Yucaitis reported directly to you?

A    When you say directly to me, they reported to a sergeant who reported direct to me.

Q    But you were their highest-ranking officer?

A    Yes.

Q    And that would be true also of Pedersen, Brownfield and Rice?

A    Yes.

Q    They all reported to a sergeant and that sergeant reported to you?

A    Yes.

Q    And what would you have done if you had learned -- let's back up.

PHIL CLINE

It's your position that you never became aware -- while you were the highest-ranking officer of Area 2, violent crimes, you never became aware of any detective striking any suspect, correct?

MR. NOVY: Objection to form. You can answer.

A    Correct.

BY MR. CHANEN:

Q    And is it also correct that you never became aware during the entire time you were the highest-ranking officer of Area 2, violent crimes, of any detective striking any witness?

MR. NOVY: Objection --

BY MR. CHANEN:

Q    Same question as before, but I'm changing "suspect" to "witness."

MR. NOVY: Object to foundation. Go ahead.

A    I don't recall ever learning that.

BY MR. CHANEN:

Q    So it might have happened or it might not have happened, but as you sit here today, you don't recall hearing that?

A    That's correct.

Q    At any time that you were the commanding officer of Area 2, violent crimes, did you become

PHIL CLINE

aware of any detective or officer misconduct that was systematic -- let me rephrase it because the whole rhythm of that sentence was off.

Did you become aware of any detective or officer misconduct that was systematically going on at Area 2 while you were the highest-ranking officer there?

A    No.

Q    So it's fair to say that from your perspective, when you came on as the lieutenant of the Area 2, violent crimes, detective bureau, or unit, it's fair to say that there was nothing to clean up of which you were aware at that time, correct?

MR. NOVY:  Objection to form.  Misstates his prior testimony.  You can answer.

A    I don't remember there being anything that needed to be cleaned up.

BY MR. CHANEN:

Q    Now, you mentioned that OPS was doing an investigation.

Do you know of your own personal knowledge when that OPS investigation started?

A    No.

PHIL CLINE

Thursday, December 5, 2019

9:59 a.m.

DEPOSITION OF PHIL CLINE, held at the offices of Rock Fusco & Connelly, 321 North Clark Street, Chicago, Illinois 60654 before Tricia J. Lathouris, CSR, RPR.

Page 130

PHIL CLINE

I further certify that this certificate applies to the original signed IN BLUE and certified transcripts only.  I assume no responsibility for the accuracy of any reproduced copies not made under my control or direction.

Dated: December 17, 2019

_____

TRICIA J.  LATHOURIS, CSR, RPR

My Commission Expires

March 8, 2023