UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert Smith Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 21 C 1159 |
| v. ) | |
| ) | Judge Ronald A. Guzman |
| The City of Chicago, et al., ) | |
| ) | Magistrate Judge M. David Weisman |
| Defendants. ) | |

## AFFIDAVIT OF STACY A. BENJAMIN

I, Stacy A. Benjamin, having first been sworn upon oath, state that the following statements are true and correct.

1. I am an attorney of record for Defendant Officers in this matter.

2. Pursuant to this Court's May 3, 2022 Minute Entry, I am submitting this affidavit affirming how Defendant Officers obtained the unredacted medical report contained within Plaintiff's Probate court file. (Dkt. 257).

3. I asked my paralegal, Kara Hutson, to search the Cook County Court's Probate Division docket for a probate action relating to Robert Smith Jr. On April 22, 2022 she located the electronic docket for Case No. 2022 P 2359, relating to the Estate of Robert Smith, Jr. (*See* Exhibit A, attached.)

4. Upon reviewing the docket, I then asked Ms. Hutson to obtain a copy of the file. She then contacted the Probate Division by telephone to request a copy of the file. She was told by the woman she spoke with to come to the Probate Division counter at the Daley Center courthouse and request a copy there which would be easier then requesting it by mail because the person responsible for fulfilling requests by mail was out until the following week.

1

5. Ms. Hutson then gave our office clerk, Tom Horan, a copy of the docket sheet and asked him to obtain a copy of the file.

6. Later that same day, Mr. Horan went to the 12th Floor of the Daley Center, 50 W. Washington in Chicago where the Probate Division is located. He told the man behind the counter that he was there to obtain a copy of the file for case no. 2022 P 2359. He then went to the cashier, provided the Rock Fusco & Connelly LLC attorney code used by the Cook County Court system (48719), paid for the copies and returned to the original counter where he was then provided the copy of the file.

7. Mr. Horan returned the copy of the file, totaling 112 pages, to my office. I reviewed the file and it was then produced on April 26, 2022, the same day the motion (dkt. 251) was filed.

8. The medical report at issue was contained in the file obtained from the Probate Division and is referenced in the electronic docket (Ex. A at 2).

Pursuant to 28 U.S.C.A. §1746, I state under the penalty of perjury that the foregoing is true and correct.

Executed on: May 4, 2022

Stacy A. Benjamin

2

# Exhibit A

## Probate Case Search

For your convenience, the Clerk of the Circuit Court offers on-line access to electronic docket information for cases in the Probate divisions. By using this service, the user agrees and understands that he or she is bound by the on-line access to court records Terms of Agreement.

Case Information for Case Number: **2022P002359**

[Return to Results] [Search Again]

## Case Information Summary

ESTATE OF SMITH, ROBERT, JR.

| Case Number | Calendar | Date Filed | Division | Filing Date |
|---|---|---|---|---|
| 2022-03-29 | | 10 | | |
| Estate of | | Case Type | | |
| PB | | | | |

Case Activities

## Party Information

| Defendant | Attorney |
|---|---|
| Smith, Diane Yeager | |

## Case Activity

| Activity Date | Activity | Judge | Court Date | Court Time | Attorney | Court Fee | Court Room | Participant |
|---|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 2022-03-29 | PET. FOR GUARDIANSHIP OF DISABLED PERSON'S ESTATE & PERSON | | | |
| 2022-03-29 | PETITION FOR TEMPORARY GUARDIAN FOR DISABLED PERSON (ESTATE & PERSON) | | | |
| 2022-03-29 | PETITION FOR RELIEF FOR ILLINOIS POWER OF ATTORNEY ACT | | | |
| 2022-03-29 | | 04/28/2022 | | 1810 |
| 2022-03-30 | AMENDED PETITION FILED | | | |
| 2022-03-30 | NOTICE OF MOTION | | | |
| 2022-03-30 | NOTICE OF MOTION | | | |
| 2022-04-04 | REPORT OF PHYSICIAN | | | |
| 2022-04-04 | BOND OF REPRESENTATIVE APPROVED SURETY - ALLOWED | | | |
| 2022-04-04 | ORDER TO REVOKE AGENCY - ALLOWED | | | |
| 2022-04-04 | ORDER CAUSE SET FOR HEARING (DATE & TIME) - ALLOWED | 04/28/2022 | 1100 | 1810 |

| | | |
|---|---|---|
| 2022-04-04 | ORDER APPOINTING GUARDIAN AD LITEM FOR ALLEGED DISABLED PERSON - ALLOWED | |
| 2022-04-04 | AUTHORITY TO - ALLOWED | |
| 2022-04-04 | TEMP GUARD OF ALLEGED DISABLED PER & ESTATE APPTD LETTER OF OFC ISSUED | |
| 2022-04-08 | ORDER OF DIRECTION FROM COURT - ALLOWED | |
| 2022-04-08 | MOTION TO - ALLOWED | |
| 2022-04-08 | AUTHORITY TO - ALLOWED | |
| 2022-04-19 | PETITION FILED | |
| 2022-04-19 | SUMMONS ISSUED | |
| 2022-04-19 | SUMMONS ISSUED | |
| 2022-04-20 | EXHIBITS FILED | Smith, Robert, Jr. |
| 2022-04-20 | EXHIBITS FILED | Smith, Robert, Jr. |
| 2022-04-20 | EXHIBITS FILED | Smith, Robert, Jr. |

| 2022-04-20 | EXHIBITS FILED | Smith, Robert, Jr. |
| 2022-04-20 | MOTION FILED | Smith, Robert, Jr. |

Please Note: If data dos not appear in a specific field, we likely do not have the responsive data in our master database. If you have reason to believe there is an error, please contact the Internet Court Call Help Line at 312.603.4357.