**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Robert Smith Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 21 C 1159 |
| v. ) | |
| ) | Judge Ronald A. Guzman |
| The City of Chicago, et al., ) | |
| ) | Magistrate Judge M. David Weisman |
| Defendants. ) | |

**STIPULATION**

Plaintiff Robert Smith, by his attorneys, Chanen & Olstein, the individual police officer defendants Steven Brownfield, Philip Cline, Daniel McWeeny, William Pedersen, John Solecki, Robert Dwyer, and the Estates of William Higgins, John A. Yucaitis and Robert Rice, by their attorneys, Rock Fusco & Connelly, LLC, and defendant City of Chicago, by its attorneys, Reiter Burns LLP, stipulate to the following facts:

1. The blue undershorts (CPD Inventory No. 428528) belong to Robert Smith.

2. The human blood found on Smith's skin, clothing, and the cuttings from the clothing belongs to at least one of the victims, Edith Yeager and Willie Bell Alexander.

SO STIPULATED:

Date: May 10, 2022

s/ Stuart Chanen                    s/ Daniel M. Noland

Stuart J. Chanen                    Terrence M. Burns
Ariel Olstein                       Paul A. Michalik
Chanen & Olstein                    Daniel M. Noland
7373 Lincoln Ave. Ste. 100          Reiter Burns LLP
Lincolnwood, IL 60712               311 S. Wacker Dr., Suite 5200
847-469-4669                        Chicago, IL 60606
                                    312-982-0090

*Attorneys for Plaintiff*

*Attorneys for Defendant City of Chicago*

2

s/ Stacy A. Benjamin

Eileen E. Rosen
Stacy A. Benjamin
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, IL 60654
312-494-1000

*Attorneys for Defendants Steven Brownfield, Philip Cline, Daniel McWeeny, William Pedersen, John Solecki, Robert Dwyer, and the Estates, William Higgins, John A. Yucaitis and Robert Rice*

**CERTIFICATE OF SERVICE**

I hereby certify that on **May 10, 2022**, I electronically filed the foregoing **Stipulation** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record via the Court's CM/ECF system.

s/ Daniel M. Noland