IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert Smith Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 21 C 1159 |
| v. ) | |
| ) | Judge Jeffrey I. Cummings |
| The City of Chicago, et al., ) | |
| ) | Magistrate Judge M. David Weisman |
| Defendants. ) | |

**INDEX OF EXHIBITS TO DEFENDANT OFFICERS' LOCAL RULE 56.1 (a)(2)
STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| 1 | Yeager Smith, Diane Deposition 10/26/2021 |
| 2 | Scene Supplementary Report |
| 3 | CFD Fire Investigations Incident Report |
| 4 | Cause of Death Supplementary Reports |
| 5 | Gates, Lawrence Deposition 10/28/2021 |
| 6 | Hughes, Warren Deposition 11/22/2021 |
| 7 | Smith, Robert Deposition 11/17/2021 |
| 8 | 2/6/1889 Motion to Suppress Statements hearing transcript, Day 1 |
| 9 | 2/8/1989 Motion to Suppress Statements hearing transcript, Day 2 |
| 10 | 4/13/1989 Motion to Suppress Statements Ruling transcript |
| 11 | 8/28/1990 Trial Transcript |
| 12 | 8/29/1990 Trial Transcript |
| 13 | 8/30/1990 Trial Transcript |
| 14 | 8/31/1990 Trial Transcript - Verdict |
| 15 | 9/28/1990 Sentencing Transcript |
| 16 | Lumsden, Jack Deposition 2/3/2022 |
| 17 | Lumsden CFD Photos |
| 18 | Cause & Origin Supplementary Report |
| 19 | Gates' Scene Photos |
| 20 | Evidence Report (Gates) |
| 21 | ET Scene Photos |
| 22 | Evidence Report (DeMarco, scene) |
| 23 | DeMarco, Frank Deposition 11/18/2021 |
| 24 | Major Crime Worksheet |
| 25 | Leracz, Edmund Deposition 08/04/2021 |
| 26 | Dwyer, Robert Deposition 11/10/2021 |

| | |
|---|---|
| 27 | McWeeny, Daniel Deposition 1/13/2020 (*Ppl v. Smith*) |
| 28 | GPRs Crime Scene (Group) |
| 29 | Cline, Philip Deposition 11/11/2021 |
| 30 | Brownfield, Steven Deposition 11/23/21 |
| 31 | Supplementary Report (Brownfield/Yucaitis) |
| 32 | Cleared/Closed by Arrest Supplementary Report |
| 33 | GPRs - Yeager Smith Interview (Yucaitis) |
| 34 | Gaines, Ronald Deposition 10/13/2021 |
| 35 | GPRs - Payne and Santee interviews (Gaines) |
| 36 | GPR (Mokry/Keohough) |
| 37 | Plaintiff Robert Smith's Amended and Supplemental Response to the Detective Defendants' Five Sets of Interrogatories ("Interrogatory Responses") |
| 38 | Evidence Report (Socks/blood standards) |
| 39 | Inventory Slip (Socks) |
| 40 | Rowan, Michael Deposition 10/20/2021 |
| 41 | GPR - Smith Confession (Rice) |
| 42 | GPR - Santee Interview (Rowan) |
| 43 | GPR - Payne interview (Rowan) |
| 44 | Solecki, John Deposition 11/04/2021 |
| 45 | GPR (Solecki) |
| 46 | Request for Analysis (Solecki) |
| 47 | Court Reported Statement Robert Smith Transcript |
| 48 | Statement Polaroid |
| 49 | Evidence Report (Smith 9/20/1987 photos) |
| 50 | 9/20/1987 ET Photos of Smith |
| 51 | Smith Arrest Report |
| 52 | Complaints for Preliminary Examination |
| 53 | 10/16/1987 Grand Jury Transcript |
| 54 | CCSAO Subpoena to CFD and Response |
| 55 | Motion to Suppress Statements |
| 56 | Motion to Quash Arrest |
| 57 | 11/2/2016 PC Hearing Act/Illinois TIRC Pleading |
| 58 | Order allowing post-conviction depositions |
| 59 | 11/6/2020 Certification of Innocence Order |
| 60 | Officer descriptions |
| 61 | Indictment |
| 62 | 10/23/2020 Hearing transcript |
| 63 | 9/20/1990 Impound Order |
| 64 | GPR – Smith Interview (Yucaitis) |
| 65 | Pederson, William Deposition 12/14/2021 |
| 66 | Brian Shurgin Expert Report |
| 67 | Brogan, Ray Deposition 01/12/2022 |
| 68 | O'Rourke, Myles Deposition 09/29/2022 |
| 69 | Requests for Analysis (Gaines) |