IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Robert Smith Jr., )
                 Plaintiff, ) No. 21-cv-1159
v. )
) Honorable Jeffrey I. Cummings
The City of Chicago, et al., )
)
                 Defendants. )

**PLAINTIFF ROBERT SMITH'S STATEMENT OF ADDITIONAL MATERIAL FACTS PURSUANT TO NORTHERN DISTRICT LOCAL RULE 56.1(b)(3) ("PSOF")**

A. An Unknown Assailant Murdered Diane Smith's Mother and Grandmother. …………………… 1-10

B. Defendants Improperly Arrested Robert Smith At The Crime, Scene, Without Probable Cause, Without Charging him with any Crime, and Without Preparing any Arrest Report………………………….. 11-17

C. Detective McWeeny and the Other Defendants Fabricated an Implausible and Demonstrably False Basis for Robert's Arrest…………. 18-26

D. Defendants Beat, Threatened, and Abused Robert Until he Agreed to Falsely Confess to The Murders………………………………………….. 27-44

E. The Defendants' Beating of Robert Is Well-Documented By Both Medical Reports and Robert's Reports of the Beatings…………………….. 45-47

F. Defendants Fabricated Robert's Purported Oral Confession…………………. 48-51

G. Defendants Fabricated Smith's Transcribed Confession…………………….. 52-65

H. The Transcribed Confession Is Contradicted By The Physical Evidence……………………………………………………………………….. 66

I. The Transcribed Confession Sets Out A Timeline That Was Both Impossible and Implausible…………………………………………………… 67-68

J. The Transcribed Confession Includes All of The Common Elements of A Coerced, False Confession………………………………………………….. 69

K. Police Officers Found A 12" Kitchen/Butcher Knife (the "Knife") on The Floor of The Crime Scene But Left The Knife at The Scene………… 70-75

L. Defendants, Apparently Unaware of The Knife, Coerced Robert Into Falsely Confessing That He Committed The Murders With A Razor Blade.. 76

M. After Other Detectives Returned To The Scene and Found, Seized and Recorded The Knife As Evidence, Including Sending It To The Lab For Fingerprint Testing, Defendants Instead Had The Knife Destroyed ……… 77-93

N. Defendants Never Searched For A Razor Blade and Never Found A Razor Blade…………………………………………………………………….. 94-102

O. Cline was not Present at Area 2 on September 19, 1987, and did not Participate in any Aspect of the Investigation; His Testimony that he did so is Perjury……………………………………………………………. 103-106

P. Defendants Fabricated that Robert Confessed to Dropping the Underwear on His Way to the Basement to Wash the Victims' Blood off his Clothes……………………………………………………………. 107-124

Q. Defendants Fabricated that Robert Confessed to Standing on a Blue Bedsheet When he was Purportedly Washing the Victims' Blood off his Clothes…………………………………………………… 125-134

R. Defendants Stopped Investigating The Murder………………………………… 135

S. Two Cook County Special Prosecutors Moved To Vacate Smith's Conviction… 136

T. A Cook County Criminal Court Judge Vacated Smith's Conviction……………. 137

U. The Chief Judge of the Cook County Criminal Court Issued Smith a Certificate of Innocence……………………………………………………………… 138

V. Four Judges of the Illinois Court of Claims Reaffirmed Smith's Innocence…… 139

W. Defendants Have A Long History of Violating Suspects, Coercing Confessions, And Then Either (1) Lying About Their Involvement or Awareness of or (2) Taking The Fifth Amendment and Refusing To Answer Questions About, Violence and Coercion………………………… 140-167

Dated: January 8, 2025

Respectfully submitted,

*Plaintiff Robert Smith Jr.*

*/s/ Stuart J. Chanen*
*/s/ Ariel Olstein*

Stuart J. Chanen | Ariel Olstein
CHANEN & OLSTEIN LLP
8822 Niles Center Road, Suite 100
Skokie, IL 60077
847-469-4669
Stuart@ChanenOlstein.com
Ariel@ChanenOlstein.com