IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Robert Smith, | ) | |
| | ) | Case No. 21 CV 1159 |
| Plaintiff, | ) | |
| | ) | Hon. Judge Cummings |
| v. | ) | |
| | ) | |
| City of Chicago, et al., | ) | |
| Defendants. | ) | |

**Exhibit Index to Defendant Officers' and City of Chicago's L.R. 56.1(c)(2) Joint Response to Plaintiff's L.R. 56.1(b)(3) Statement of additional Material Facts**

| Exhibit No. | Description |
|---|---|
| A | Declaration of Dwyer |
| B | Anderson drawings depicting bloodstains |
| C | Letter and CITY27484-89 |
| D | CV of Plaintiff's Expert Carl Reich |
| E | Judgment in Scott v. City, et al. 07 C 3684 |