**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Robert Smith, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 21 C 1159 |
| v. ) | |
| ) | Judge Jeffrey I. Cummings |
| The City of Chicago, et al., ) | |
| ) | Magistrate Judge M. David Weisman |
| Defendants. ) | |

**DEFENDANTS' MOTION *IN LIMINE* NO. 22 TO BAR ANY ARGUMENT ABOUT SENDING A MESSAGE TO THE CITY OF CHICAGO OR CHICAGO POLICE DEPARTMENT**

Defendants, by their respective undersigned counsel, respectfully move *in limine* to bar any argument about sending a message to the City of Chicago or Chicago Police Department. In support thereof, Defendants state as follows:

Defendants move to preclude Plaintiff or his counsel from making any argument that the jury should send a message to the City of Chicago or the Chicago Police Department with its verdict. This type of argument would only be relevant for a claim of punitive damages, which cannot legally be imposed against a municipality. It would also imply that the City has a policy or practice of condoning misconduct, which is not something the jury will be tasked with determining. *See Betts v. City of Chicago*, 784 F.Supp.2d 1020, 1032-33 (N.D. Ill. 2011) (granting a similar motion); *Jones v. City of Chicago*, No. 14 C 4023, 2017 WL 413613, at *4 (N.D. Ill. Jan. 31, 2017).

WHEREFORE, Defendants respectfully request this Court bar any argument about sending a message to the City of Chicago or Chicago Police Department, and for whatever other relief this Court deems appropriate.

**Local Rule 37.2 Compliance Certification**

The undersigned has conferred with counsel for Plaintiff regarding this motion *in limine*. Based upon that conference, the undersigned has determined that the matter at issue in this motion *in limine* is in dispute and a ruling is necessary.

|  |  |
|---|---|
|  | Respectfully submitted, |
| PHILIP CLINE | MARY B. RICHARDSON-LOWRY |
| DANIEL MCWEENY[1] |  |
| STEVEN BROWNFIELD | Corporation Counsel of the City of Chicago |
| WILLIAM PEDERSEN |  |
| JOHN SOLECKI | By: *s/ Daniel M. Noland* |
| ROBERT DWYER | Special Assistant Corporation Counsel |
| ESTATE OF JOHN YUCAITIS |  |
| ESTATE OF RICE | Terrence M. Burns |
| ESTATE OF WILLIAM HIGGINS | Paul A. Michalik |
|  | Daniel M. Noland |
| /s/ *Stacy A. Benjamin* | Molly E. Thompson |
| Special Assistant Corporation Counsel | Daniel J. Burns |
|  | Dhaviella N. Harris |
| Eileen E. Rosen | Burns Noland LLP |
| Stacy A. Benjamin | 311 S. Wacker Dr., Suite 5200 |
| Andrew J. Grill | Chicago, IL 60606 |
| Brittany D. Johnson | T: 312-982-0090 |
| ROCK, FUSCO & CONNELLY, LLC | F: 312-429-0644 |
| 333 W. Wacker, 19th Fl | dnoland@burnsnoland.com |
| Chicago, IL 60606 |  |
| T: 312-494-1000 |  |
| F: 312-494-1001 |  |
| sbenjamin@rfclaw.com |  |

---

[1] Daniel McWeeny died on March 6, 2025, and his death was suggested on the record on April 2, 2025 (dkt. 540). No further action having been taken, counsel for the remaining individual defendants include his name here as a placeholder.