# Exhibit B

```
STATE OF ILLINOIS   )
                    ) SS:
COUNTY OF C O O K   )
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CRIMINAL DIVISION

```
THE PEOPLE OF THE STATE    )
OF ILLINOIS,               )
                           )
        Plaintiff,         )
   vs.                     )  No. 87 CR 15089-01
                           )
ROBERT SMITH,              )
                           )
        Defendant.         )
```

REPORT OF VIDEO-CONFERENCE PROCEEDINGS had in the hearing of the above-entitled cause, before the Honorable LEROY K. MARTIN, Jr., Judge of said Court, on Friday, the 30th day of October, A.D., 2020.

APPEARANCES:

        MR. ROBERT MILAN,
        Office of the Special Prosecutor, by
        MR. LAWRENCE ROSEN,
        Assistant Special Prosecutor,
           appeared on behalf of the Plaintiff;

        MR. STUART CHANEN,
        MR. ARIEL OLSTEIN,
        Attorneys at Law,
           appeared on behalf of the Defendant.

Siobhra Redmond
Official Court Reporter
2650 South California, Room 4-C02
Chicago, Illinois 60608
CSR #084-004552

1      THE COURT:  Larry Rosen.
2      MR. ROSEN:  It's my understanding that the
3 petitioner's lawyers are in the waiting room waiting to
4 be connected into here.
5      THE COURT:  Well, let's get them in then.
6      MR. ROSEN:  I see Ariel now.
7           I see them both, your Honor.  So they're here.
8           Lawrence Rosen for the Office of the Special
9 Prosecutor on behalf of the People on the Robert Smith
10 matter, your Honor.
11     THE COURT:  All right.  This is Robert Smith.
12          Olstein, let me hear from you.
13     MR. CHANEN:  Good morning, your Honor.  My name
14 Stuart Chanen and I'm with my partner Ariel Olstein.  We
15 represent Mr. Smith.
16          Mr. Smith was convicted of two murders in 1990.
17 And last Friday the Office of the Special Prosecutor
18 moved to vacate that conviction, moved to nolle pros the
19 indictment and moved for Mr. Smith's immediate release,
20 which we are very pleased about obviously.
21          And I will tell you that Mr. Smith is doing quite
22 well.  He is in a halfway house in Chicago and seeing
23 family members and doing quite well.
24          This is our petition for a certificate of

2

1 innocence.  We've been in touch with your chambers to
2 make sure that you have all the various material that we
3 have submitted, and we will continue to work with your
4 Honor and your staff to make sure you have anything you
5 need to evaluate our petition.
6      And really we're here, Judge, to find out how --
7 this is the first time I've appeared before you on a
8 petition.  Mr. Olstein and I have appeared on a petition
9 for certificate of innocence before you and we just want
10 to know how you want to best proceed.
11    THE COURT:  I see.
12      Mr. Rosen, are you going to file a response?
13    MR. ROSEN:  No, we're not, your Honor.  We're not
14 going to oppose the petition.
15    THE COURT:  You are not.
16    MR. ROSEN:  That's correct, your Honor.
17    THE COURT:  This matter was before Judge Davis; is
18 that correct?
19    MR. CHANEN:  That's correct, your Honor.  Yes, your
20 Honor.
21      Judge, approximately in December she -- she quasi
22 took it over from Judge Cannon and then by about August,
23 September, she felt comfortable that she -- it was now
24 her case.

```
 1         THE COURT:  I see.  And it was before her,
 2   Mr. Rosen, that the -- that there was the motion to
 3   dismiss this matter and an agreement that Mr. Smith
 4   should be released from custody.
 5         MR. ROSEN:  That's correct, your Honor.
 6         MR. CHANEN:  And, your Honor, I'm sorry to
 7   interject, we do have a transcript of that proceeding
 8   and I'm not sure we have forwarded that to you, but we
 9   certainly can do that so you can hear the position that
10   the special prosecutor took before Judge Davis.
11         MR. ROSEN:  And additionally, your Honor, we are
12   here today to nolle the case with prejudice.  If it
13   wasn't done before Judge Davis previously, we're taking
14   the position today.  And maybe it was.  I didn't have
15   the transcript.  But if it wasn't, then today we are
16   nolleing the case, your Honor.
17         THE COURT:  Counsel, you have the transcript.  What
18   does the transcript indicate?
19         MR. CHANEN:  Thank you, your Honor.  Both the
20   transcript and the written court order indicate that the
21   indictment was nolled with prejudice last Friday before
22   Judge Davis.
23         THE COURT:  I see.  I see.  All right.  Then that
24   would take care of that, Mr. Rosen.
```

4

1     I suppose the only thing I'm considering now is
2  whether or not this should remain here or whether or not
3  I should ask Judge Davis to hear the matter inasmuch as
4  it's rather fresh with her.
5     Although I would note, Mr. Rosen, if you don't
6  intend to file a response, then that would just leave me
7  to read the matter and hear from counsel on the -- on
8  this case.
9     How were you expecting to proceed, counsel?  Were
10 you going to simply stand on your -- stand on your
11 filings and simply argue your position or did you intend
12 to call witnesses?
13    MR. CHANEN:  Oh, absolutely no need to call
14 witnesses, Judge.  We have used the existing evidence
15 and written a detailed -- I know it's highly, highly,
16 highly unusual in your building to do so, but we wrote a
17 summary judgment motion because torture cases are
18 considered civil in nature.  And we wrote a summary
19 judgment where we outlined all of the various reasons
20 that we believe proved Mr. Smith to be innocent.  And if
21 you look at that petition -- that summary judgment which
22 is attached to our petition, we are willing to stand on
23 that.
24    THE COURT:  Okay.

```
 1        MR. CHANEN:  Having said that, your Honor, if at any
 2   time you would like us to give an oral exposition of why
 3   we thought he was innocent, we're happy to do that as
 4   well.  It's totally up to your Honor.  But if you read
 5   the materials that we've tendered to you, we believe you
 6   can enter the order that we've also tendered to you.
 7        THE COURT:  Well, unfortunately, counsel, I have not
 8   read the materials.  I am comfortable with reading them
 9   obviously.  I've spent eight years as a judge in the
10   chancery division where I have read my fair share of
11   motions for summary judgment, so I have no problem with
12   that.
13        I must say, however, I have not read the
14   materials and inasmuch as this is an extremely important
15   issue, I would -- as I always do, I would like to do
16   that before I would be prepared to rule on it.
17        What I would ask you to do, I would ask all of
18   your indulgence and I would like to ask you to allow me
19   an opportunity to do that.  So I'm going to continue the
20   matter to next week.  I will ask you to zoom back in
21   next week and we can discuss this matter further.
22        Inasmuch as Tuesday there is no court, that's
23   going to push things back for me.  Unfortunately I am
24   going to ask you to come in next Friday.
```

```
1        MR. CHANEN:  That's fine, your Honor.
2        THE COURT:  We'll say at 9:30, gentlemen, and if we
3   do that, then -- if we do that, then I think we will be
4   in a good position to have this matter disposed of at
5   that time.
6            So we'll go -- gentlemen, we can go by agreement
7   if that's fine with you all since you -- to
8   November 13th at 9:30.
9        MR. CHANEN:  That's perfect, your Honor.
10           And we only would reiterate something I said
11  before which is after your staff pulls the material
12  together for you if there is anything missing, anything
13  further that you need from us, if you need us to deliver
14  hard copies instead of just e-mailed copies, we're happy
15  to do all that.  And our contact information is in the
16  e-mails and people from your staff should feel free to
17  contact us.
18       THE COURT:  Okay.  Very good.  Very good.  Well,
19  thank you.  Thank you, counselors.
20           Thank you, Mr. Rosen, for your patience.
21       MR. ROSEN:  Thank you, your Honor.
22       THE COURT:  And I will see all of you next week, God
23  willing.
24       MR. CHANEN:  All right.  Thank you.  Thank you very
```

Case: 1:21-cv-01159 Document #: 594-2 Filed: 04/24/25 Page 9 of 10 PageID #:29405

```
 1  much, your Honor.
 2       THE COURT:  Very good.  Thank you.
 3                      (The above-entitled cause was
 4                       continued to November 13, 2020.)
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

```
 1    STATE OF ILLINOIS  )
                         ) SS:
 2    COUNTY OF C O O K  )

 3

 4          IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                  COUNTY DEPARTMENT - CRIMINAL DIVISION
 5

 6              I, Siobhra Redmond, Official Court Reporter of

 7    the Circuit Court of Cook County, County Department -

 8    Criminal Division, do hereby certify that I reported in

 9    shorthand the proceedings had on the hearing in the

10    aforementioned cause; that I thereafter caused the

11    foregoing to be transcribed into typewriting, which I

12    hereby certify to be a true and accurate transcript of

13    the Report of Video-Conference Proceedings had before the

14    Honorable LEROY K. MARTIN, Jr., Judge of said court.

15

16                          [signature: Siobhra Redmond]

17                          _____
                            Siobhra Redmond
                            Official Shorthand Reporter
18                          License No. 084-004552
                            Circuit Court of Cook County
19

20
      Dated this 29th day
21    of November, 2021.

22

23

24
```

9