IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert Smith, Jr., | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 21 C 1159 |
| v. | ) ) Judge Jeffrey I. Cummings |
| The City of Chicago, et al., | ) ) Magistrate Judge M. David Weisman |
| Defendants. | ) ) |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSES TO PLAINTIFF'S MOTIONS IN LIMINE NOS. 3, 4, 5, 7, 8, 9, 12, 14, 21 AND *DAUBERT* MOTION (UNOPPOSED)**

Defendants, by their respective undersigned counsel, for their unopposed motion for an extension of time to file their responses to Plaintiff's motions *in limine* Nos. 3, 4, 5, 7, 8, 9, 12, 14 and 21, and Plaintiff's *Daubert* motion, state:

1. Defendants' responses to Plaintiff's motions *in limine* are currently due May 14, 2025. Dkt. 485.

2. Defendants intend to file responses to Plaintiff's motions *in limine* Nos. 2, 6, 10, 11, 15, 16, 18, and 20 timely on May 14, 2025 (No, 1, 13, 17 and 19 were not filed).

3. However, Defendants request an extension of time, to and including Monday May 19, 2025, in which to file their responses to Plaintiff's motions *in limine* Nos. 3, 4, 5, 7, 8, 9, 12, 14, and 21, and Plaintiff's *Daubert* motion.

4. This requested extension is not brought for purposes of delay. Rather this extension is necessary in light of the significant undertaking in drafting and preparing numerous responses to Plaintiff's motions *in limine*. In addition, undersigned counsel for the Defendant Officers was traveling out-of-state this past weekend which limited her ability draft and prepare certain responses.

5.     No prejudice will be suffered by any party as a result of the requested extension. Undersigned counsel for the Defendant Officers have communicated with Plaintiff's counsel, who indicated the motion may be marked unopposed provided: "Defendants will not reference any of the 33 responses that [Plaintiff is] filing today in your Monday filings (that would be unfair); and "on the day after [Defendants] file, [Defendants] will deliver courtesy copies of all five Monday filings (three-hole punched and paper-clipped), so that the Court may insert them into the notebook that [Plaintiff] will be providing the Court tomorrow with all 18 of our motions and 13 of your responses." Defendants agree to Plaintiff's requests.

WHEREFORE Defendants respectfully request this Court grant their unopposed motion for an extension of time to file their responses to Plaintiff's motions *in limine* Nos. 3, 4, 5, 7, 8, 9, 12, 14 and 21, and Plaintiff's *Daubert* motion, to and including May 19, 2025, and for any further relief this Court deems appropriate.

Respectfully submitted,

| | |
|---|---|
| PHILIP CLINE<br>STEVEN BROWNFIELD<br>WILLIAM PEDERSEN<br>JOHN SOLECKI<br>ROBERT DWYER<br>ESTATE OF JOHN YUCAITIS<br>ESTATE OF RICE<br>ESTATE OF WILLIAM HIGGINS<br><br>/s/ *Stacy A. Benjamin*<br>Special Assistant Corporation Counsel<br><br>Eileen E. Rosen<br>Stacy A. Benjamin<br>Andrew J. Grill<br>Brittany D. Johnson<br>ROCK, FUSCO & CONNELLY, LLC<br>333 W. Wacker, 19th Fl | MARY B. RICHARDSON-LOWRY<br><br>Corporation Counsel of the City of Chicago<br><br>By: s/ *Daniel M. Noland*<br>Special Assistant Corporation Counsel<br><br>Terrence M. Burns<br>Daniel M. Noland<br>Paul A. Michalik<br>Molly E. Thompson<br>Daniel J. Burns<br>Burns Noland LLP<br>311 S. Wacker Dr., Suite 5200<br>Chicago, IL 60606<br>T: 312-982-0090<br>F: 312-429-0644<br>dnoland@burnsnoland.com |

Chicago, IL 60606
T: 312-494-1000
F: 312-494-1001
sbenjamin@rfclaw.com