IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Robert Smith, Jr., | ) | |
| Plaintiff, | ) ) ) | Case No. 21 C 1159 |
| v. | ) ) ) | Judge Jeffery I. Cummings |
| The City of Chicago, et al., | ) ) | |
| Defendants. | ) ) | Magistrate Judge M. David Weisman |

**DEFENDANTS'** *UNOPPOSED* **MOTION FOR
LEAVE TO FILE THEIR RESPONSES TO PLAINTIFF'S MOTION IN LIMINE NO. 7**
***INSTANTER* AND DAUBERT MOTION *INSTANTER* AND UNDER SEAL**

Defendants, by and through their undersigned counsel, for their motion for leave to file their Responses to Plaintiff's Motion in Limine No. 7 *instanter* and Daubert Motion *instanter* and under seal, state as follows:

1. Defendants' responses to Plaintiff's motions *in limine* nos. 3,4,5,7,8,9,12,14,21 and Daubert motion were due to be filed Monday, May 19, 2025. (Dkt. 653).

2. Defendants' responses to Plaintiff's Daubert motion and motion *in limine* no. 7 (which are related) were unable to be timely filed with the others due to an unexpected family health emergency involving the primary drafter. All other responses were timely filed on May 19, 2025 in accordance with this Court's prior order. Defendants seek leave of court to file these remaining responses instanter now.

3. Defendants also request that due to sensitive HIPAA and privacy information, that their Response to Plaintiff's Daubert Motion and Exhibits be filed under seal, like Plaintiff's Motion (see Dkt. 599.)

4. Plaintiff's counsel was informed about the need for this motion and has no opposition to the relief requested.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an Order allowing them to file responses to Plaintiff's Motion in Limine No. 7 *instanter* and Daubert motion *instanter* and under seal*,* and for any other relief as this Court deems just and reasonable.

                                                Respectfully submitted,

| | |
|---|---|
| PHILIP CLINE<br>DANIEL MCWEENY[1]<br>STEVEN BROWNFIELD<br>WILLIAM PEDERSEN<br>JOHN SOLECKI<br>ROBERT DWYER<br>ESTATE OF JOHN YUCAITIS<br>ESTATE OF RICE<br>ESTATE OF WILLIAM HIGGINS<br><br>/s/ *Stacy A. Benjamin*<br>Special Assistant Corporation Counsel<br><br>Eileen E. Rosen<br>Stacy A. Benjamin<br>Andrew J. Grill<br>Brittany D. Johnson<br>ROCK, FUSCO & CONNELLY, LLC<br>333 W. Wacker, 19th Fl<br>Chicago, IL 60606<br>T: 312-494-1000<br>F:  312-494-1001<br>sbenjamin@rfclaw.com | MARY B. RICHARDSON-LOWRY<br><br>Corporation Counsel of the City of Chicago<br><br>By: *s/ Daniel M. Noland*<br>Special Assistant Corporation Counsel<br><br>Terrence M. Burns<br>Paul A. Michalik<br>Daniel M. Noland<br>Molly E. Thompson<br>Daniel J. Burns<br>Dhaviella N. Harris<br>Burns Noland LLP<br>311 S. Wacker Dr., Suite 5200<br>Chicago, IL 60606<br>T: 312-982-0090<br>F: 312-429-0644<br>dnoland@burnsnoland.com |

---

[1] Daniel McWeeny died on march 6, 2025, and his death was suggested on the record on April 2, 2025 (dkt. 540).  The parties are in the process of agreeing to substitution of a special representative for him and include his name here as a placeholder.