UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Robert Smith Jr.
                              Plaintiff,

v.                                            Case No.: 1:21−cv−01159
                                              Honorable Jeffrey I Cummings

City of Chicago, The, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2025:

    MINUTE entry before the Honorable Jeffrey I Cummings: For the reasons stated in the accompanying Memorandum Opinion and Order, the Court grants in part and denies in part the defendant Chicago Police Officers' motion for summary judgment, [492], as follows. Summary judgment is denied as to: (1) Smith's fabrication of evidence claim against defendants Pedersen, Rice, Higgins, Solecki, Cline, McWeeny, Brownfield, and Yucaitis based on the transcribed confession; (2) Smith's fabrication of evidence claim against defendants Higgins and Solecki based on the bloody underwear; (3) Smith's coerced confession against all Officers (except for defendant Dwyer); (4) Smith's §1983 and Illinois state law conspiracy claims against all Officers (except for defendant Dwyer); (5) Smith's §1983 failure to intervene claim against all Officers (except for defendant Dwyer); and (6) Smith's intentional infliction of emotional distress claim against all Officers (except for defendant Dwyer). Summary judgment is granted as to: (1) all of Smith's claims against defendant Dwyer; (2) the remaining aspects of Smith's fabrication of evidence claim; (3) Smith's destruction of evidence claim; (4) Smith's Brady claim; (5) Smith's §1985(3) conspiracy claim; (6) Smith's §1986 failure to intervene claim; and (7) Smith's malicious prosecution claim. Finally, the Court denies defendant City of Chicago's motion for summary judgment, [489], without prejudice to its renewal after the trial against the Officers concludes. The parties are instructed to conform their final pretrial order to the Court's rulings on defendants' motions for summary judgment and they shall also meet and confer prior to the 6/10/25 status hearing regarding their settlement negotiations and as to whether any of the pending motions in limine can be withdrawn in light of the Court's rulings. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.