IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Diane Yeager Smith as special representative For Robert Smith Jr., | ) ) ) | |
| Plaintiff, | ) | No. 21-cv-1159 |
| v. | ) ) | Honorable Jeffrey I. Cummings |
| The City of Chicago, et al. | ) ) | |
| Defendants. | ) | |

## **STIPULATIONS**

1. The Parties' May 10, 2022 Stipulation (Dkt.267) regarding the blue undershorts and blood is attached to this document and incorporated herein.

2. The Parties agree and stipulate that all non-party witnesses will be excluded from the Courtroom until their testimony is complete. (This stipulation, however, does not apply to Diane Smith, whose presence in the courtroom is the subject of Defendants' motion in limine.)

3. The Parties agree and stipulate that Plaintiff will not comment on the absence from the courtroom of attorney Geri Yanow, who has been appointed Representative of the Estates of four of the deceased individual defendants.

Dated: June 9, 2025

By: /s/ Stuart J. Chanen

Stuart J. Chanen
Ariel Olstein
CHANEN & OLSTEIN
8822 Niles Center Road, Suite 100
Skokie, IL 60077
847-469-4669
Stuart@ChanenOlstein.com
Ariel@ChanenOlstein.com

By: /s/ Daniel M. Noland
Special Assistant Corporation Counsel

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Molly Thompson
Daniel J. Burns
Burns Noland LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
*Attorneys for City of Chicago*

Nicole Nehama Auerbach

ELEVATENEXT LAW, LLP
218 N. Jefferson Street, Suite 300
Chicago, IL 60661
312-676-5460
Nicole.auerbach@elevate.law


By: /s/ Stacy A. Benjamin
Special Assistant Corporation Counsel

Eileen E. Rosen
Stacy A. Benjamin
Andrew J. Grill
Brittany D. Johnson
Rock Fusco & Connelly, LLC
333 W. Wacker Drive, 19th Floor
Chicago, IL 60606
*Attorneys for Individual Defendant Officers*