**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| Diane Yeager Smith, as special representative of Robert Smith, Jr., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 21 C 1159 |
| v. | ) ) ) | Judge Jeffery I. Cummings |
| The City of Chicago, et al., | ) ) ) | Magistrate Judge M. David Weisman |
| Defendants. | | |

**PLAINTIFF'S PROPOSED ADDITIONAL VOIR DIRE QUESTIONS**

In addition to the standard questions proposed by the Court, Plaintiff requests the following questions be asked:

1. Have you or any of your relatives or close friends ever worked in law enforcement? What did you or they do? Would this make you tend to favor law enforcement personnel over other witnesses in the case?

2. Does anyone believe that if the police charge someone with a crime, that person likely committed that crime or must be guilty of something?

3. In this case, the plaintiff believes the evidence will show that the plaintiff has suffered millions of dollars in damages. Is there any reason why you may not be able to consider awarding millions of dollars in damages?

4. What publications, cable or network programs or online media such as websites, podcasts, blogs, or social media platforms do you visit, read, or watch?