IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Diane Yeager Smith, as special representative of Robert Smith, Jr., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 21 C 1159 |
| v. | ) ) ) | Judge Jeffery I. Cummings |
| The City of Chicago, et al., | ) ) ) | Magistrate Judge M. David Weisman |
| Defendants. | ) | |

**<u>DEFENDANTS' PROPOSED ADDITIONAL VOIR DIRE QUESTIONS</u>**

In addition to the standard questions proposed by the Court, Defendants request the following questions be asked:

1. In this case, the Defendants being sued are former Chicago Police Department Superintendent Phillip Cline and former detectives Steven Brownfield, William Pedersen, John Solecki, John Yucaitis, Daniel McWeeny, William Higgins and Robert Rice. Have you ever seen, read, or heard anything about these individuals in the newspapers, television, radio, internet or from any other source? (If, yes, Defendants requests that these individuals be questioned further outside the presence of the other jurors so that their answers will not poison the venire. In terms of follow-up questions, Defendants request, at a minimum the following questions be asked):

    (a) Which of the individuals mentioned did you hear about?
    (b) What did you see, read or hear about this person?
    (c) Could the information that you saw, read or heard about this person in any way affect your ability to be a fair and impartial juror to this person and/or the other Defendants in deciding this case?
    (d) Given what you saw, read or heard about this person, do you believe that this person and/or the other Defendants start off at a disadvantage as compared to the Plaintiff in this trial?

2. Do you, any of your family members, or close friends have any negative opinions about the Chicago Police Department, or about law enforcement in general or have you, any family members, or close friends had any negative experiences with the Chicago Police Department or with any other law enforcement agency?

3. Have you, your family member, or close friends ever been accused of a crime, or wrongfully arrested, handcuffed, detained or taken to a police station by a law enforcement agency?

4. Have you, a family member, or close friend ever filed or made a formal or informal complaint or lawsuit against a law enforcement officer or law enforcement agency?

**Conditional *voir dire*, pending ruling on Defendants' MIL no. 17, Dkt. no. 590:**

1. In this case, Plaintiff may elicit testimony and/or evidence regarding former Chicago Police Commander Jon Burge. Have you ever seen, read, or heard anything about him in the newspapers, television, radio, internet or from any other source? (If, yes, Defendants requests that these individuals be questioned further outside the presence of the other jurors so that their answers will not poison the venire. In terms of follow-up questions, Defendants request, at a minimum the following questions be asked):

    (a) What did you see, read or hear about Jon Burge?
    (b) Could the information that you saw, read or heard about Jon Burge in any way affect your ability to be a fair and impartial juror to the Defendants in deciding this case?
    (c) Given what you saw, read or heard about Jon Burge, do you believe that Defendants start off at a disadvantage as compared to the Plaintiff in this trial?