IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Robert Smith Jr., | ) | |
|                 Plaintiff, | ) | No. 21-cv-1159 |
| v. | ) | |
| | ) | Honorable Jeffrey I. Cummings |
| The City of Chicago, et al. | ) | |
| | ) | |
|                 Defendants. | ) | |

## CASE STATEMENT TO BE READ TO THE JURY

**Plaintiff's Proposed Statement of the Case:**

The plaintiff in this case is Robert Smith, Jr. as represented by his Special Representative Diane Yeager Smith.

The defendants are the City of Chicago; former Chicago Police Department Lieutenant Phillip Cline; Steven Brownfield, William Pedersen, and John Solecki, as well as the Estates of deceased Detectives John Yucaitis, Daniel McWeeny, Robert Rice, and William Higgins.

In this case, Mr. Smith asserts that the defendants violated his constitutional rights which resulted in him spending more than 33 years in jail and prison for a crime he asserts he did not commit. Mr. Smith also asserts that the Police Officer defendants violated his constitutional rights by coercing his confession; fabricating evidence against him; engaging in federal and state conspiracies; failing to intervene in their fellow Detectives' unconstitutional acts; and intentionally inflicting emotional distress on him. He also asserts that Defendant City of Chicago violated his constitutional rights by destroying in bad faith exculpatory evidence prior to Mr. Smith's criminal trial, a knife found at the crime scene.

1

Defendants deny Mr. Smith's allegations of misconduct and contend he committed the murders of Edith Yeager and Willie Bell Alexander.

**Defendants' Proposed Statement of the Case:**

The plaintiff in this case is Robert Smith, Jr. The defendants are former Chicago Police Department Lieutenant Phillip Cline; retired Detectives Steven Brownfield, William Pedersen, and John Solecki, as well as the Estates of deceased Detectives John Yucaitis, Daniel McWeeny, Robert Rice, and William Higgins.

Mr. Smith claims that the defendants violated his constitutional rights which resulted in him spending approximately 30 years in prison for the murders of Edith Yeager and Willie Bell Alexander that he claims he did not commit. Mr. Smith claims that the defendants violated his constitutional rights by coercing and fabricating his confession to the murders, fabricating their recovery of Smith's underwear at the scene of the murders, and engaging in other improper conduct in connection with those claims.

Defendants deny they coerced or fabricated Mr. Smith's confession, deny they fabricated their recovery of Smith's underwear at the scene, and deny any and all other allegations of misconduct alleged against them. Defendants maintain that Mr. Smith committed the murders.

| | |
|---|---|
| Respectfully submitted,<br>*PLAINTIFF ROBERT SMITH*<br>/s/ Stuart J. Chanen<br><br>CHANEN & OLSTEIN, LLP<br>8822 Niles Center Road, Suite 100<br>Skokie, IL 60077<br>847-469-4669 | Respectfully submitted,<br>*DEFENDANT OFFICERS*<br>/s/ Stacy Benjamin<br><br>ROCK FUSCO & CONNELLY, LLC<br>333 W. Wacker Dr. 19th Fl., Suite 2200<br>Chicago, IL 60606<br>312-491-1000 |

| | |
|---|---|
| ELEVATENEXT LAW, LLP<br>218 N. Jefferson Street, Suite 300<br>Chicago, IL 60661<br>312-676-5460 | CITY OF CHICAGO<br>/s/ Daniel Noland<br>BURNS NOLAND LLP<br>311 S. Wacker Drive, Suite 5200<br>Chicago, IL  60606<br>312-982-0090 |