IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Robert Smith Jr., | ) | |
|                 Plaintiff, | ) | No. 21-cv-1159 |
| v. | ) | |
| | ) | Honorable Jeffrey I. Cummings |
| The City of Chicago, et al. | ) | |
| | ) | |
|                 Defendants. | ) | |

**PLAINTIFF'S DISPUTED ISSUES OF FACT AND LAW**[1]

The material disputed issues of fact and law track the causes of action that remain following this Court's Motion for Summary Judgment ruling[2], which include:

1. Unconstitutionally Coerced His Confession;

2. Unconstitutionally Fabricated His False Confession and Used It Against Him;

3. Unconstitutionally Fabricated The Bloody Underwear and Used It Against Him;

4. Unconstitutionally Destroyed Evidence In Bad Faith (against the City only).

5. Unconstitutionally Engaged in a Federal Conspiracy to Deprive Him of His Rights under both 28 U.S.C. § 1983;

6. Unconstitutionally Failed to Intervene in and Attempt to Stop The Unconstitutional Conduct of Fellow Officers under both 28 U.S.C. § 1983;

7. Intentionally Inflicted Emotion Distress upon him under Illinois law;

8. Engaged in a State Conspiracy to cause him harm under Illinois law;

9. Are liable under *Respondeat Superior* Against Defendant City of Chicago;

---

[1] The parties attempted to file this document jointly but were unable to agree on the language so ultimately are submitting separate documents.

[2] The Court has bifurcated Smith's Count VI *Monell* claim against the City of Chicago.

10. Are liable for Indemnification Against Defendant City of Chicago.

All factual and legal disputes arise out of these causes of action. Smith asserts that he can prove every element necessary to establish each of these claims by a preponderance of the evidence.

Defendants assert that notwithstanding that Smith's criminal conviction has been vacated and notwithstanding that Smith obtained a Certificate of Innocence, Smith in fact murdered his in-laws Edith Yeager and Willie Alexander. That assertion is the primary source of the disputed facts between the parties.

In response to the statement of facts that Defendants asserted in support of their Summary Judgment Motion, Smith disputed the vast majority of those facts, all of which remain disputed at trial. *See* Dkts. 528, 510.

In response to the statement of facts that Plaintiff asserted in opposition to Defendants' Motion for Summary Judgment, Defendants disputed the vast majority of those facts, all of which remain disputed at trial. *See* Dkt. 536.

Plaintiff expounds on certain disputed issues of fact and law in his Trial Brief, filed on June 9, 2025.

Dated: June 9, 2025

Respectfully submitted,
*PLAINTIFF ROBERT SMITH JR.*

By:   /s/ *Stuart J. Chanen*
Stuart J. Chanen
Ariel Olstein
CHANEN & OLSTEIN
8822 Niles Center Road, Suite 100
Skokie, IL 60077
847-469-4669

2

Stuart@ChanenOlstein.com
Ariel@ChanenOlstein.com

Nicole Nehama Auerbach
ELEVATENEXT LAW, LLP
218 N. Jefferson Street, Suite 300
Chicago, IL 60661
312-676-5460
Nicole.auerbach@elevate.law