IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Diane Yeager Smith, as Special Representative for Robert Smith Jr., | ) ) | |
| Plaintiff, | ) | No. 21-cv-1159 |
| v. | ) ) | Honorable Jeffrey I. Cummings |
| The City of Chicago, et al. | ) ) | |
| Defendants. | ) | |

## **DEFENDANTS' PTO EXHIBIT B**
### **DEFENDANTS' STATEMENT OF DISPUTED ISSUES**

Defendants submit the following statement of disputed issues remaining in the case following the Court's ruling granting in part and denying in part defendants' motions for summary judgment:

1. Whether plaintiff's court reported statement was coerced by Defendant Officers.

2. Whether Defendants Pedersen, Rice, Higgins, Solecki, Cline, McWeeny, Brownfield, and/or Yucaitis fabricated Plaintiff's court reported confession which was read into evidence at the criminal trial by Assistant State's Attorney Brogan.

3. Whether Defendant Higgins and/or Solecki fabricated that they found Robert Smith's underwear on the basement stair at the crime scene.

4. As to the alleged coerced confession and surviving fabrication claims, whether Defendant Officers conspired to violate Plaintiff's rights and failed to intervene in the violation of Plaintiff's rights.

5. Whether Defendant Officers intentionally inflicted emotional distress upon Plaintiff.

6. Whether Smith murdered Edith Yeager and Willie Alexander and is factually guilty of the crimes for which he was charged and convicted.

See also Defendants' trial brief filed earlier today. (Dkt. 680).

Respectfully submitted,

*DEFENDANT OFFICERS*
/s/ Stacy Benjamin

ROCK FUSCO & CONNELLY, LLC
333 W. Wacker Dr. 19th Fl., Suite 2200
Chicago, IL 60606
312-491-1000

CITY OF CHICAGO

/s/ Daniel Noland
BURNS NOLAND LLP
311 S. Wacker Drive, Suite 5200
Chicago, IL 60606
312-982-0090