**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 1 | | Impounded Evidence: Peoples' Exh. No. 57 - blue underwear | | | |
| 2 | | Impounded Evidence: green jacket | | | |
| 3 | | Impounded Evidence: blue jeans | | | |
| 4 | | Impounded Evidence: gray sweatshirt | | | |
| 5 | | Impounded Evidence: black shoes | | | |
| 6 | | Impounded Ev: Peoples' Exh. 49 - socks (inventory no. 435436) | | | |
| 7 | | Impounded Evidence: Peoples' Group Exh. No. 59 (handkerchief, belt, cards/papers from wallet) | | | |
| 8 | | Impounded Evidence: towel (inventory no. 426077) | | | |
| 9 | | Impounded Evidence: Peoples' Exh. 56 - lint filter | | | |
| 10 | | Impounded Evidence: yellow sheet | | | |
| 11 | | Impounded Evidence: Polaroid Photo of Robert Smith | | | |
| 12 | | Impounded Evidence: Peoples' Exh. No. 41 - small can of debris (inventory no. 386800) | | | |
| 13 | | Impounded Evidence: Peoples' Exh. 42 - 2 gallon gas can (inventory no. 426076) | | | |
| 14 | | Impounded Evidence: Peoples' Exh. No. 44 - Roberts Motel Glass (inventory no. 426705) | | | |

## DEFENDANTS' TRIAL EXHIBITS

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 15 | | Impounded Evidence: Peoples' Group Exhbit 43 A-E - standards - Robert Smith (inventory no. 520272) | | **Foundation, Chain of Custody, Relevance, Hearay, FRE 403** | Foundation and/or chain of custody will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses,state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, fabrication claim, etc; non-hearsay state of mind of officer; FRE 803(5), (6), (8), (16), FRE 807. 403 objection is undefined |
| 16 | | Impounded Evidence: Peoples' Exh. 55 A-B - standards from sole of foot | | **Chain of Custody, Relevance, Hearay, FRE 403** | Foundation and/or chain of custody will be laid by trial witnesses (e.g. police officer witnesses, state's attorneys witnesses fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, etc; non-hearsay state of mind of officer; FRE 803(5), (6), (8), (16), FRE 807. 403 objection is undefined |
| 17 | | Impounded Evidence: extracts of blood from victims and Robert (inventory no. 448106) | | **Chain of Custody, Relevance, Hearay, FRE 403** | Foundation and/or chain of custody will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, fabrication claim, etc; non-hearsay state of mind of officer; FRE 803(5), (6), (8), (16), FRE 807. 403 objection is undefined |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 18 | | Impounded Evidence: Peoples' Exh. No. 1 - "In Loving Memory of Willie Bell Alexander and Edith Yeager" | | **Relevance and Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, etc; non-hearsay res gestae, effect on listener, etc. |
| 19 | | Impounded Ev.: Peoples' Exh.02 - Morgue Photo of Victim | | **MIL # 20 to bar unnecessarily gruesome photos; Founation, Relevance, 403** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae etc.; 403 objection is undefined |
| 20 | | Impounded Ev.: Peoples' Exh.03 - Morgue Photo of Victim | | **MIL # 20 to bar unnecessarily gruesome photos; Founation, Relevance, 403** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae etc.; 403 objection is undefined |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 21 | | Impounded Ev.: Peoples' Exh.62 - Morgue Photo of Victim | | **MIL # 20 to bar unnecessarily gruesome photos; Founation, Relevance, 403** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae etc.; 403 objection is undefined |
| 22 | | Impounded Ev.: Peoples' Exh.63 - Morgue Photo of Victim | | **MIL # 20 to bar unnecessarily gruesome photos; Founation, Relevance, 403** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, fabricatoin claim, other claims, damages, res gestae etc.; 403 objection is undefined |
| 23 | | Impounded Ev.: Peoples' Exh.65 - Morgue Photo of Victim | | **MIL # 20 to bar unnecessarily gruesome photos; Founation, Relevance, 403** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae etc.; 403 objection is undefined |

## DEFENDANTS' TRIAL EXHIBITS

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 24 | | Impounded Ev.: Peoples' Exh.67 - Morgue Photo of Victim | | **MIL # 20 to bar unnecessarily gruesome photos; Founation, Relevance, 403** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae etc.; 403 objection is undefined |
| 25 | | Impounded Ev.: Peoples' Exh.68 - Morgue Photo of Victim | | **MIL # 20 to bar unnecessarily gruesome photos; Founation, Relevance, 403** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae etc.; 403 objection is undefined |
| 26 | | Impounded Ev.: Peoples' Exh.71 - Morgue Photo of Victim | | **MIL # 20 to bar unnecessarily gruesome photos; Founation, Relevance, 403** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae etc.; 403 objection is undefined |
| 27 | | Impounded Ev.: Peoples' Exh.73 - Statement of Robert Smith | | **No Objection** | |
| 28 | | Impounded Evidence: Peoples' Exh. Unmarked - ME Reports for Edith Yeager | | | |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 29 | | Impounded Evidence: Peoples' Exh. Unmarked - ME Reports for Willie Bell Alexander | | | |
| 30 | | Impounded Evidence: Peoples' Exh. No. 74 - Envelope containing fingerprint negatives (subject to D's MIL #21) | | | |
| 31 A-LL | 9/19/1987 | Bachelder/DeMarco photographs of scene (w/ victims also) | CITY-RS-4197-4234 | | |
| 32 A-I | 9/19/1987 | Gates' photographs | CITY-RS-4235-4243 | | |
| 33 A-F | | Bachelder/DeMarco photographs at morgue (victims) | CITY-RS-4244-4249 | **MIL # 20 to bar unnecessarily gruesome photos; Foundation, Relevance** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae etc. |
| 34 A-H | 9/20/1987 | Bachelder/DeMarco photographs of plaintiff | CITY-RS-4250-4527 | | |
| 35 A-X | 9/19/1987 | Lumsden photographs of scene | CITY-RS-575-598 | | |
| 36 | undated | Negatives/Film Strips - CPD and CFD | CITY-RS-4278 | | |
| 37 | 2/17/1988 | CFD Envelope to Woulfe with some Lumsden Photos | CCSAO SMITH 1605-1609 | **Authentication, Incomplete Set of Photographs, Foundation, Relevancee, Hearsay, FRE403** | Foundation/authentication will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); Relevant as to res gestae, fabrication claim, guilt, plaintiff's claims, damages, etc; non-hearsay effect on listener, res gestae; FRE 803(5), (6), (8), (16), FRE 807; 403 objection is undefined. |

### DEFENDANTS' TRIAL EXHIBITS

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 38 | | Christine Anderson's Crime Lab Report (9 pages) | CITY-RS-172-200 | | |
| 39 | 9/21/1987 | Request for Analysis/Receipt for Exh. - Property Inventory No. 386800 | CITY-RS-204 | | |
| 40 | 9/19/1987 | Request for Evidence - Medical Examiner's Office (Willie Alexander) | CITY-RS-205 | **Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16) |
| 41 | 9/19/1987 | Request for Evidence - Medical Examiner's Office (Edith Yeager) | CITY-RS-206 | **Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16) |
| 42 | 9/25/1987 | Request for Analysis/Receipt for Exh. - Property Inventory No. 435435 (subject to MIL #26) | CITY-RS-211 | | |
| 43 | 9/25/1987 | Request for Analysis/Receipt for Exh. - Property Inventory No. 428530 for Shoes & Clothing | CITY-RS-212 | | |

## DEFENDANTS' TRIAL EXHIBITS

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 44 | 10/5/1987 | Request for Analysis/Receipt for Exh. - Property Inventory No. 428526 | CITY-RS-213 | | |
| 45 | 10/5/1987 | Request for Analysis/Receipt for Exh. - Property Inventory No. 428527 for Belt, Handkerchief, Card Case | CITY-RS-214 | | |
| 46 | 9/19/1987 | Major Crimes Worksheet | CITY-RS-222, 245 | | |
| 47 | 9/19/1987 | Evidence Report of Bachelder and DeMarco (impressions, inventoried items) | CITY-RS-223 | | |
| 48 | 9/21/1987 | Evidence Report of Furlong (gas can) | CITY-RS-224 | | |
| 49 | 9/20/1987 | Evidence Report of Bachelder and DeMarco (photographs of suspect) | CITY-RS-225 | | |
| 50 | 9/19/1987 | Evidence Report of Melko and Naujokas (socks and blood standards) | CITY-RS-227 | | |
| 51 | 9/19/1987 | Evidence Report of Gates (fire debris can) | CITY-RS-228 | | |
| 52 | 9/23/1987 | Laboratory Report of Alan Osoba (pint can containing piece of brown rug) | CITY-RS-230 | **Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16) |
| 53 | 9/21/1987 | Request for Analysis/Receipt for Exh. - Property Inventory No. 426076 | CITY-RS-231-232 | | |

## DEFENDANTS' TRIAL EXHIBITS

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 54 | 9/23/1987 | Laboratory Report of Alan Osoba (2 gallon can of gasoline) | CITY-RS-233-234 | **Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16) |
| 55 | undated | "Physical Evidence Exh.s" - Knife (inventory no. 435435) | CITY-RS-235 | | |
| 56 | undated | "Physical Evidence Exh.s" - Clothing (inventory no. 428530) | CITY-RS-236-237 | | |
| 57 | undated | "Physical Evidence Exh.s" - Lint Filter (inventory no. 428526) | CITY-RS-238 | | |
| 58 | undated | "Physical Evidence Exh.s" - Beige Cloth/Handkerchief/Card Case (inventory no. 428527) | CITY-RS-239-243 | | |
| 59 | 10/7/1987 | Property Inventory Report No. 438315 | CITY-RS-246 | | |
| 60 | 9/21/1987 | Supplementary Report re Diane Smith polygraph | CITY-RS-247 | **Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16) |

## DEFENDANTS' TRIAL EXHIBITS

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 61 | 9/19/1987 | Statement of Polygraph Subject | CITY-RS-252 | **Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16) |
| 62 | 11/9/1988 | Laboratory Report of Christine Anderson | CITY-RS-253-256 | **Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16) |
| 63 | 11/10/1988 | Laboratory Report of Pam Fish | CITY-RS-257-258 | **Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16) |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 64 | 11/10/1988 | Request for Analysis/Receipt for Exh. - plastic envelope containing standards and extracts | CITY-RS-259 | **Foundation, Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16) |
| 65 | | Chart of Pam Fish | CITY-RS-260-261 | **Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16) |
| 66 | | Request for Analysis/Receipt for Exh. - sealed envelopes, vials of blood and saliva sample | CITY-RS-262 | **Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16) |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 67 | | Property Inventory Report No. 520272 | CITY-RS-263 | **Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16) |
| 68 | | CCSAO Investigative Request to the Chicago Police Department Crime Lab | CITY-RS-264 | **Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorney witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16) |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 69 | 7/7/1988 | Court Order: samples from Robert Smith | CITY-RS-266 | **Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses,  state's attorney witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16) |
| 70 | | Evidence Control Sheet | CITY-RS-268 | **Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16) |
| 71 | 9/19/1987 | Property Inventory Report No. 428528 - underwear | CITY-RS-27467-27468 | **Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16) |

## DEFENDANTS' TRIAL EXHIBITS

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 72 | 9/19/1987 | Property Inventory Report No. 428529 - muti colored bed sheet (a/k/a blue sheet) | CITY-RS-27484-27489 | **Foundation, Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claims, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16) |
| 73 | 5/27/2022 | DNA Labs International Expert Report - Rachel Oefelein | CITY-RS-26803-26805 | **Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6); FRE 702, 703 |
| 74 | 4/25 and 4/26/2022 | Preliminary Analysis Worksheet - Dani Stuart | CITY-RS-26817-26820 | **Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6); FRE 702, 703 |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 75 | 5/23/2022 | DNA Labs Photos | CITY-RS-26853-26953 | **Foundation, Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (16); FRE 702, 703 |
| 76A-WWWW | undated | DNA Labs Photos | CITY-RS-27464-27468 | **Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6); FRE 702, 703 |
| 77 | undated | DNA Labs International Report | CITY-RS-27469-27477 | **Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6); FRE 702. 703 |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 78 | 10/28/2022 | DNA Labs Interntional Rebuttal Report - Rachel Oefelein | CITY-RS-27478-27483 | **Foundation, Relevance, Hearsay** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, etc.; FRE 803(3), (5), (6); FRE 702, 703 |
| 79 | 1/20/2023 | CPD IR records R. Smith | CITY-RS-323-325 | **MIL# 8, Relevance, Hearsay, FRE 403, FRE 609** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; FRE 609(a); 403 objection is undefined. |
| 83 | | FBI No. 216 502 G Identificaton Records - R. Smith | CITY-RS-318-320 | **MIL# 8, Relevance, Hearsay, FRE 403, FRE 609** | Foundation will be laid by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; FRE 609(a); 403 objection is undefined. |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 84 | | Peoples' Answer to Defendant's Motion for Pre-Trial Discovery (Cline Dep Ex 11) | SMITH-003340-3344 | | |
| 85 | 11/14/1988 | Peoples' Supplemental Answer to Discovery | CCSAO SMITH 001170 | | |
| 86 | 2/6/1989 | Blueback | CCSAO SMITH 000002-9, 11, 13, 652-653 | **Foundation, including but not limited to numerous diffierent handwriting, most of which has no foundation at all; Relevance; FRE403; Hearsay; Unnecesary Duplication; appears that unrelated additional document thrown in.** | Foundation/authentication will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; 403 objection is undefined. |
| 87 | | CCSAO Subpoena to CFD and Response | CCSAO SMITH 001604-1609 | **Plaintiff's MIL #21, Incomplete Exhibit, Authentication, Foundation, Relevance, Hearsay (to the extent purports to be sent by Fire Department), FRE403** | Foundation/authentication will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; 403 objection is undefined. |
| 88 | 2/17/1988 | Cleared/Closed by Arrest Supplementary Report | CCSAO SMITH 1083-1086 | **DUPLICATE OF 133 except THIS ONE UNSIGNED and INCOMPLETE** | |
| 90 | 9/29/1987 | Felony Review Folder | CCSAO Smith 2034-2037 | | |

## DEFENDANTS' TRIAL EXHIBITS

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 91 | | CFD Fire Investigations Incident Report (Lumsden) | CITY-RS-295-308 | | |
| 92 | 9/19/1987 | Original (microfiche) Crime Lab File | CITY-RS-172-268 | **Improper Group Exhibit, Relevance, Hearsay, FRE403** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; 403 objection is undefined |
| 93 | | Log of Criminal History - IR 149146 | CITY-RS-321-322 | **Plaintiff's MIL #7, Foundation, Relevance, Hearsay, FRE 403, and MIL # 8** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; 403 objection is undefined |
| 94 | | GPR (McWeeny) initial on scence | CITY-RS-103 | | |
| 95 | 9/19/1987 | GPR (McGovern/Dwyer) CPD/CFD personnel | CITY-RS-85 | | |
| 96 | 9/19/1987 | GPR (McGover/Dwyer) CFD personnel | CITY-RS-86 | | |
| 97 | 9/19/1987 | GPR (Leracz) Scene | CITY-RS_87-88 | | |
| 98 | 9/19/1987 | GPR (Leracz) Robert Smith criminal history | CITY-RS-89 | | |
| 99 | 9/19/1987 | GPR (McWeeny) Canvas | CITY-RS-90-91 | | |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 100 | 9/19/1987 | GPR (McGovern) Scene CPD/CFD personnel | CITY-RS-92 | | |
| 101 | 9/19/1987 | GPR (McGovern) Crime lab personnel/Pendelton | CITY-RS-93 | | |
| 102 | 9/19/1987 | GPR (McGovern) Cars/Diane car info | CITY-RS-94 | | |
| 103 | 9/19/1987 | GPR (McGovern) Canvas | CITY-RS-95-96 | | |
| 104 | 9/19/1987 | GPR (McGovern) Cornella Yeager (Derrick's wife) | CITY-RS-97 | | |
| 105 | 9/19/1987 | GPR (McGovern) Derrick Yeager | CITY-RS-98 | | |
| 106 | 9/19/1987 | GPR (Binkowski) ME/Ward | CITY-RS-99 | **Relevance, Hearsay** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; |
| 107 | 9/19/1987 | GPR (Binkowski) Canvas | CITY-RS-100 | **Relevance, Hearsay** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; |
| 108 | 9/19/1987 | GPR (McWeeny) Victims + family members | CITY-RS-101 | | |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 109 | 9/19/1987 | GPR (McWeeny) Derrick and Diane 1st interviews | CITY-RS-102 | | |
| 110 | 9/19/2987 | GPR (Yucaitis/Brownfield) Yeager Smith poly/interview | CITY-RS-51-53 | | |
| 111 | 9/19/1987 | GPR (Yucaitis/Brownfield) Smith Interview | CITY-RS-54 | | |
| 112 | 9/19/1987 | GPR (Brownfield) Phone records | CITY-RS-111 | | |
| 113 | 9/19/1987 | GPR (Gaines) Payne and Santee interviews | CITY-RS-20-21 | | |
| 114 | 9/19/1987 | GPR (Mokry/Keohough) knife recovery (SJ and Custodian) | CITY-RS-112 | | |
| 115 | 9/19/1987 | GPR (Rice) Smith Confession (Custodian) | CITY-RS-55-56 | | |
| 116 | 9/19/1987 | GPR (Solecki) | CITY-RS-84 | | |
| 117 | 9/19/1987 | GPR (Rowan) King/Jones | CITY-RS-122 | | |
| 118 | 9/19/1987 | GPR (Rowan) Santee Interview | CITY-RS-121 | | |
| 119 | 9/19/1987 | GPR (Rowan) Payne interview | CITY-RS-120 | | |
| 120 | 9/19/1987 | GPR (Higgins) Stmt to ASA Brogan/Ct. Reporter (Cust.) | CITY-RS-113 | | |
| 121 | 9/19/1987 | GPR (Higgins) Robert Taylor (Cust.) | CITY-RS-114 | | |
| 122 | 9/19/2025 | GPR (Sgt. Kane 3/W) Investigation (Cust.) | CITY-RS-110 | | |
| 123 | 9/19/1987 | Old arrest photos R. Smith | CITY-RS-24754-58 | **We withdrew these photos; they were attached in error.** **And we object on the grounds of MIL #8, FRE609, Foundation, Relevance, Hearsay (to the extent they purport to make a Rule 401 Statement), and FRE403 because the probative value is extremely small and the risk of prejudice -- that inadmissible arrests or convictions will be communicated -- is extremely high** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; such evidence depicting plaintiff's appearance is not unduly prejudicial |

## DEFENDANTS' TRIAL EXHIBITS

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 124 | | Impound Order | OPRSMITH0453-454 | **Relevance, Hearsay** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, , etc.; FRE 803(3), (5), (6), (8), (16); FRE 807 |
| 125 | 9/20/1990 | Indictment | CCSAO SMITH 000010, 12, 14-19 | | |
| 126 | | Motion to Quash Arrest | CCSAO SMITH 00159 1161 | | |
| 127 | 12/15/1988 | GOCR (Barrins/Hughes) | CITY-RS-139-140 | | |
| 130 | 9/19/1987 | Cause of Death Supp Rept Edith Yeager (Wasmund) | CITY-RS-23-25 | **Relevance, Hearsay** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807 |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 131 | 9/19/1987 | Cause of Death Supp Rept Willie B Alexander (Wasmund) | CITY-RS-65-66, 22 | **Relevance, Hearsay** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807 |
| 132 | 9/19/1987 | Cleared/Closed by Arrest Supplementary Report (Pedersen/Rice) | CITY-RS-160-163 | | |
| 133 | 9/29/1987 | CPD Cause & Origin Supp Report (Gates - Bomb/Arson) | CITY-RS-167-169 | | |
| 134 | 9/21/1987 | Scene Supp Report  (Leracz/Binkowski) | CITY-RS-000152-159 | | |
| 135 | 9/21/1987 | Supplementary Report re: Yeager-Smith (Brownfield/Yucaitis) | CITY-RS-000141-143 | | |
| 136 | 9/19/1987 | Crime Scene Drawing (Lumsden) | CITY-RS-308 | | |
| 137 | 9/19/1987 | Mental State Examination R. Smith (R. Garron, PhD) | CCSAO Smith 258-259 | | |
| 139 | 5/23/1990 | Mitchell/Green Assessment of Smith for Lemons | CCSAO Smith 253-257 | **Foundation, Relevance, Hearsay, FRE 403, and MIL # 8** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, etc.; FRE 801(d); FRE 803(3), (5), (6), (8), (16); FRE 807; 403 objection is undefined |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 140 | 8/30/1988 | R. Smith Issac Ray Questionaire | Smith Competency 128-147 | **Pl.'s MIL #7, Daubert Motion to Exclude Goldstein and Others, Foundation, Relevance, Portions Hearsay, FRE403** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, etc.; FRE 801(d); FRE 803(3), (5), (6), (8), (16); FRE 807; 403 objection is undefined |
| 143 | 2/5/2022 | R. Smith Issac Ray Questionaire with Dr. Goldstein notes | RFC Smith 6075-6094 | **Pl.'s MIL #7, Daubert Motion to Exclude Goldstein and Others, Foundation, Relevance, Portions Hearsay, FRE403** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, etc.; FRE 801(d); FRE 803(3), (5), (6), (8); FRE 807; 403 objection is undefined |
| 144 | 2/21/2022 | Peoples' Supplemental Answer to Discovery | Smith-2840 | **This is a duplicate** | |
| 168 | 2/16/1989 | Transcript of TIRC Statement by Robert Smith | From TIRC | | |
| 170 | 3/9/2012 | Audio of TIRC Statement by Robert Smith | From TIRC | | |
| 172 | 3/9/2012 | Report of Special Prosecutor (Hobley) | SMITH-000548-581 | | |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 173 | OSP E/B | Reports of Special Prosecutor (Cannon) | | **Not Produced in Discovery and not incorporated into Egan/Boyle Report; Authentication; Foundation, Relevance; Hearsay; FRE 403** | Foundation/authentication will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, impeachment, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; 403 objection undefined. Relevant for impeachment and for the witness' character for truthfulness. FRE 608. Answering further, because these documents are used for impeachment purposes, they did not need to be produced in discovery. FRCP 26(a)(1)(A). These exhibits are also publicalliy available documents. |

## DEFENDANTS' TRIAL EXHIBITS

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| | | | | | Plaintiff's objection that these items were "not timely produced in the pretrial process" is without merit, and Plaintiff fails to define what is timely production "in the pretrial process." Further, plaintiff's blanket assertion that these items "are not proper rebuttal", followed by a hypothetical situation imagined by plaintiff, highlights that ruling on these exhibits is premature. To be sure, should this Court bar the 404(b) witness testimony plaintiff has identified, there would be no need to present this rebuttal evidence. |

## DEFENDANTS' TRIAL EXHIBITS

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 174 | OSP E/B | Reports of Special Prosecutor (Banks) | | **Not Produced in Discovery and not incorporated into Egan/Boyle Report; Authentication; Foundation, Relevance; Hearsay; FRE 403** | Foundation/authentication will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, impeachment, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; 403 objection undefined. Relevant for impeachment and for the witness' character for truthfulness. FRE 608. Answering further, because these documents are used for impeachment purposes, they did not need to be produced in discovery. FRCP 26(a)(1)(A). These exhibits are also publically available documents. |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| | | | | | Plaintiff's objection that these items were "not timely produced in the pretrial process" is without merit, and Plaintiff fails to define what is timely production "in the pretrial process." Further, plaintiff's blanket assertion that these items "are not proper rebuttal", followed by a hypothetical situation imagined by plaintiff, highlights that ruling on these exhibits is premature. To be sure, should this Court bar the 404(b) witness testimony plaintiff has identified, there would be no need to present this rebuttal evidence. |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 175 | OSP E/B | Reports of Special Prosecutor (Bates) | | **Not Produced in Discovery and not incorporated into Egan/Boyle Report; Authentication; Foundation, Relevance; Hearsay; FRE 403** | Foundation/authentication will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, impeachment, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; 403 objection undefined. Relevant for impeachment and for the witness' character for truthfulness. FRE 608. Answering further, because these documents are used for impeachment purposes, they did not need to be produced in discovery. FRCP 26(a)(1)(A). These exhibits are also publically available documents. |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| | | | | | Plaintiff's objection that these items were "not timely produced in the pretrial process" is without merit, and Plaintiff fails to define what is timely production "in the pretrial process." Further, plaintiff's blanket assertion that these items "are not proper rebuttal", followed by a hypothetical situation imagined by plaintiff, highlights that ruling on these exhibits is premature. To be sure, should this Court bar the 404(b) witness testimony plaintiff has identified, there would be no need to present this rebuttal evidence. |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 176 | OSP E/B | Reports of Special Prosecutor (Holmes, A) | | **Not Produced in Discovery and not incorporated into Egan/Boyle Report; Authentication; Foundation, Relevance; Hearsay; FRE 403** | Foundation/authentication will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, impeachment, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; 403 objection undefined. Relevant for impeachment and for the witness' character for truthfulness. FRE 608. Answering further, because these documents are used for impeachment purposes, they did not need to be produced in discovery. FRCP 26(a)(1)(A). These exhibits are also publically available documents. |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| | | | | | Plaintiff's objection that these items were "not timely produced in the pretrial process" is without merit, and Plaintiff fails to define what is timely production "in the pretrial process." Further, plaintiff's blanket assertion that these items "are not proper rebuttal", followed by a hypothetical situation imagined by plaintiff, highlights that ruling on these exhibits is premature. To be sure, should this Court bar the 404(b) witness testimony plaintiff has identified, there would be no need to present this rebuttal evidence. |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 177 | OSP E/B | Reports of Special Prosecutor (Jones, M) | | **Not Produced in Discovery and not incorporated into Egan/Boyle Report; Authentication; Foundation, Relevance; Hearsay; FRE 403** | Foundation/authentication will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, impeachment, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; 403 objection undefined. Relevant for impeachment and for the witness' character for truthfulness. FRE 608. Answering further, because these documents are used for impeachment purposes, they did not need to be produced in discovery. FRCP 26(a)(1)(A). These exhibits are also publically available documents. |

## DEFENDANTS' TRIAL EXHIBITS

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| | | | | | Plaintiff's objection that these items were "not timely produced in the pretrial process" is without merit, and Plaintiff fails to define what is timely production "in the pretrial process." Further, plaintiff's blanket assertion that these items "are not proper rebuttal", followed by a hypothetical situation imagined by plaintiff, highlights that ruling on these exhibits is premature. To be sure, should this Court bar the 404(b) witness testimony plaintiff has identified, there would be no need to present this rebuttal evidence. |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 178 | OSP E/B | Reports of Special Prosecutor (Caine) | | **Not Produced in Discovery and not incorporated into Egan/Boyle Report; Authentication; Foundation, Relevance; Hearsay; FRE 403** | Foundation/authentication will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, impeachment, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; 403 objection undefined. Relevant for impeachment and for the witness' character for truthfulness. FRE 608. Answering further, because these documents are used for impeachment purposes, they did not need to be produced in discovery. FRCP 26(a)(1)(A). These exhibits are also publically available documents. |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| | | | | | Plaintiff's objection that these items were "not timely produced in the pretrial process" is without merit, and Plaintiff fails to define what is timely production "in the pretrial process." Further, plaintiff's blanket assertion that these items "are not proper rebuttal", followed by a hypothetical situation imagined by plaintiff, highlights that ruling on these exhibits is premature. To be sure, should this Court bar the 404(b) witness testimony plaintiff has identified, there would be no need to present this rebuttal evidence. |
| 179 | OSP E/B | Reports of Special Prosecutor (Adkins) | SMITH-000631-639 | | |
| 180 | OSP E/B | CC Jail records R. Smith | CCSAO SMITH 000640-644 | **MIL#9 to bar disciplinary history; foundation; relevance; FRE403; FRE404(a); FRE608** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, damages, etc; FRE 404(b)(2); 403 objection is undefined |
| 181 | | IDOC Discipline Records | CCSAO SMITH 185-224, 723-727 | **MIL#9 to bar disciplinary history; foundation; relevance; FRE403; FRE404(a); FRE608** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, claims, damages, etc; FRE 404(b)(2); 403 objection is undefined |

## DEFENDANTS' TRIAL EXHIBITS

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 182 | | CCDOC Visitor Logs | Smith 1270-1301 | **Authentication; Foundation, Relevance; Hearsay** | Foundation/authentication will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses); relevant to guilt, claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807 |
| 183 | | CCDOC Medical records | CCSAO 822-957 | | |
| 184 | | CCDOC History & Physical Exam - Cermak | Smith 1543-1544 | | |
| 185 | 9/20/1987 | CCDOC medical records | Smith 1545-2021 | | |
| 186 | | CC Jail intake photos R. Smith | CCSAO Smith 819-820 | | |
| 187 | 9/20/1987 | Grand Jury Transcript | CCSAO SMITH 001384-1387, 2045 | **Foundation, Relevance, Hearsay, FRE 403, Incomplete GJ Transcript, Improper Group Exhibit because adds unrelated Subpoena to testimony.** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; 403 objection is undefined |
| 188 | 10/16/1987 | Hearing transcript - conviction vacated | | **MIL #4 to bar decisions made as part of post-conviction proceedings** | See response to MIL #4 |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 189 | 10/23/2020 | Motion to Suppress Statements hearing transcript, Day 1 | SMITH-003349-3498 | **Hearsay, Relevance. The document should not be admitted in this form. It must be broken down so any specific objection can be made. Not all of it relevant and admissible. For example, if a witness is available (i.e. not unavailable under Rule 804(a), then it is inadmissible hearsay.** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807. Defendants do not intend to introduce this exhibit in its totality, but for identification and impeachment purposes. |
| 190 | 2/6/1989 | Motion to Suppress Statements hearing transcript, Day 2 | | **Foundation, Hearsay, Relevance. The document should not be admitted in this form. It must be broken down so any specific objection can be made. Not all of it relevant and admissible. For example, if a witness is available (i.e. not unavailable under Rule 804(a), then it is inadmissible hearsay.** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807. Defendants do not intend to introduce this exhibit in its totality, but for identification and impeachment purposes. |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 191 | 2/8/1989 | Motion to Suppress Statements Ruling transcrip | OSPRSMITH 40928-40943 | **Judge Savage's findings have been vacated by Order of Judge Davis and Judge Martin. In addition,Foundation, Relevance, Hearsay, FRE403 as confusing and misleading.** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses, and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807. Defendants do not intend to introduce this exhibit in its totality, but for identification and impeachment purposes. |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 192 | 4/13/1989 | Trial Transcript | OSPRSMITH 41270-41429 | **Hearsay, Relevance. The document should not be admitted in this form. It must be broken down so any specific objection can be made. Not all of it relevant and admissible. For example, if a witness is available (i.e. not unavailable under Rule 804(a), then it is inadmissible hearsay.** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; FRE 804(b). Defendants will present trial witnesses to lay the foundation for the transcripts, which are not being offered for hearsay purposes, but as evidence of what occurred at Smith's trial in order to assess his claims. Non-testimonial portions of the transcript will be redacted. This exhibit is necessary for materiality. See *Jimenez v. City of Chicago*, 732 F.3d 710. |

## DEFENDANTS' TRIAL EXHIBITS

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 193 | 8/28/1990 | Trial Transcript | OSPRSMITH 41430-41632 | **Hearsay, Relevance. The document should not be admitted in this form. It must be broken down so any specific objection can be made. Not all of it relevant and admissible. For example, if a witness is available (i.e. not unavailable under Rule 804(a), then it is inadmissible hearsay.** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; FRE 804(b). Defendants will present trial witnesses to lay the foundation for the transcripts, which are not being offered for hearsay purposes, but as evidence of what occurred at Smith's trial in order to assess his claims. Non-testimonial portions of the transcript will be redacted. This exhibit is necessary for materiality. See *Jimenez v. City of Chicago*, 732 F.3d 710. |

## DEFENDANTS' TRIAL EXHIBITS

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 194 | 8/29/1990 | Trial Transcript | OSPRSMITH 41633-41686 | **Hearsay, Relevance.  The document should not be admitted in this form.  It must be broken down so any specific objection can be made.  Not all of it relevant and admissible.  For example, if a witness is available (i.e. not unavailable under Rule 804(a), then it is inadmissible hearsay.** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; FRE 804(b). Defendants will present trial witnesses to lay the foundation for the transcripts, which are not being offered for hearsay purposes, but as evidence of what occurred at Smith's trial in order to assess his claims.  Non-testimonial portions of the transcript will be redacted. This exhibit is necessary  for materiality. See *Jimenez v. City of Chicago* , 732 F.3d 710. |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 195 | 8/30/1990 | Trial Transcript - Verdict | OSPRSMITH 41687-41697 | The Verdict has been vacated by Order of Judge Davis and Judge Martin. In addition, Foundation, Relevance, Hearsay, FRE403 as confusing and misleading. | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; FRE 804(b). Defendants will present trial witnesses to lay the foundation for the transcripts, which are not being offered for hearsay purposes, but as evidence of what occurred at Smith's trial in order to assess his claims. Non-testimonial portions of the transcript will be redacted. This exhibit is necessary for materiality. See *Jimenez v. City of Chicago*, 732 F.3d 710. |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 196 | 8/31/1990 | Sentencing Transcript | OSPRSMITH 41698-41793 | The Sentence has been vacated by Order of Judge Davis and Judge Martin. In addition, Foundation, Relevance, Hearsay, FRE403 as confusing and misleading. | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; FRE 804(b). Defendants will present trial witnesses to lay the foundation for the transcripts, which are not being offered for hearsay purposes, but as evidence of what occurred at Smith's trial in order to assess his claims. Non-testimonial portions of the transcript will be redacted. This exhibit is necessary for materiality. See *Jimenez v. City of Chicago*, 732 F.3d 710. |
| 197A | 9/28/1990 | Court Reported Statement of Robert Smith | CITY-RS-57-64 | Foundation, and we believe, this is a duplicate. | Foundation will be laid by trial witness (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses) |
| 197B | 9/20/1987 | Polaroids of Smith | OSPRSMITH0468-469 | | |
| 198 | | CCSAO Subpoena to CFD and Response | CCSAO SMITH 001604-09 | Duplicate of 88 - repeat those objections | Repeat basis for admissibility as to No. 88. |

## DEFENDANTS' TRIAL EXHIBITS

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 199 | | Letter from Myles O'Rourke to Gov. Pritzker oppo | SMITH005021-5034 | **Foundation, Relevance, FRE403, Hearsay, Lack of Personal Knowledge** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, etc.; FRE 803(3), (5), (6), (8); FRE 807; witness possesses personal knowledge; 403 objection is undefined |
| 200 | 4/28/2020 | David and Derrick Yeager letter | SMITH005036-5037 | **Foundation, Relevance, FRE403, Hearsay, Lack of Personal Knowledge** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, claims, damages, res gestae, etc; non-hearsay res gestae, effect on listener, etc.; FRE 803(3), (5), (6), (8); FRE 807; witness possesses personal knowledge; 403 objection is undefined |
| 201 | | GPR (Yucaitis/Brownfield) David Yeager Interview | CITY-RS-50 | **If PL.'s MIL#5 re ATM and #16 re: Derrick and David denied, Foundation; if granted, Foundation with redaction** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, and/or other foundational witnesses) |
| 202 | 9/19/1987 | Stipulation (dkt. 267) | | | |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 203 | 5/10/2022 | Petitioner Robert Smith's Memorandum in Support of Summary Judgment | OSPRSMITH 6655-6723 | **MIL #4 to bar references to decisions made in post-trial proceedings; and #21 to bar Lumsden Photo Argument; Also, Foundation, Relevance, FRE403** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; 403 objection is undefined |
| 204 | 4/1/2020 | Robert Smith's Petition for a Certificate of Innocence | OPRSMITH 39200-39212 | **MIL #4 to bar references to decisions made in post-trial proceedings; Foundation, Relevance, FRE403** | Foundation will be provided by trial witnesses (e.g. police officer witnesses, fire department witnesses, state's attorneys witnesses and/or other foundational witnesses); relevant to guilt, fabrication claim, other claims, damages, res gestae, etc; 403 objection is undefined |
| 205 | 10/22/2020 | CFD File Jacket and contents | CCSAO 1588-1609 | **Hodge-podge of three different exhibits; an Incident Report to which Smith has no objection; the subpoena, to which we object above; and the envelope, to which we object above. We stand on those objections.** | See responses, above |
| 206 | | Photos from Myles O'Rourke's file | OSPRSMITH 11389-11390, 28359-28370 | **Improper Group Exhibit, as each exhibitembedded in the group requires different response; in addition, MIL# 20 to bar gruesome photos; hearsay as to one photo; first two photos duplicate of another exhibit; next eight photos, poor quality duplicates of another exhibit** | non-hearsay res gestae, effect on listener, state of mind of police officer, etc.; FRE 803(3), (5), (6), (8), (16); FRE 807; |
| 207 | | Photos of Police Personnel | CITY-RS-024740 | | |
| | | | | | |
| | | | | | |
| | | | | | |

## DEFENDANTS' TRIAL EXHIBITS

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| In the Alternative, Defendants' Disclosure of Rebuttal and Impeachment Exhibits to Plaintiff's Rule 404(b) Disclosures | | | | | |
| 300 | 5/29/1973 | **Statement of Anthony Holmes** | | **This Exhibit and the next seven exhibits that follow were not produced to Plaintiff until 2:00 p.m. on the day that the Pretrial Orde was due. Smith objects to all of these documents on relevance and hearsay grounds, but most importantly, to the extent that Defendants assert that they may use this evidence to impeach 404(b) witnesses, (1) they may not be shown to the jury; and (2) the vast majority, if not all of the attached evidence (in the two minutes that we have had to look at it) is not proper impeachment. If a 404(b) witness states that one of the defendants beat him on a prior occasion, it is not a proper rebuttal to state, "you signed this confession that states you killed two people." Defendants are free to attack the witness's character for untruthfulness (within certain limits set by the rules), but they are not permitted to retry those witnesses as well for the crimes for which they were convicted, and later exonerated. In addition, Defendants will move to strike these exhibits entirely from the record as (a) not produced during discovery; and (b) not timely producecd during the pretrial process, as the deadline to identify exhibits has long since passed, and while each side granted the other some leeway to correct and/or supplement lists, this production at 2 pm of 404(b) witnesses who were disclosed in Initial Disclosures, Interrogatory Answers, and our Initial Witness List produced on April 8, 2025, more than two months ago.** | Relevant for impeachment and for the witness' character for truthfulness. FRE 608. Answering further, because these documents are used for impeachment purposes, they did not need to be produced in discovery. FRCP 26(a)(1)(A). These exhibits are also publically availble documents. Plaintiff's objection that these items were "not timely produced in the pretrial process" is without merit, and Plaintiff fails to define what is timely production "in the pretrial process." Further, plaintiff's blanket assertion that these items "are not proper rebuttal", followed by a hypothetical situation imagined by plaintiff, highlights that ruling on these exhibits is premature. To be sure, should this Court bar the 404(b) witness testimony plaintiff has identified, there would be no need to present this rebuttal evidence. Nevertheless, should plaintiff be allowed to present 404(b) testimony, Defendant Officers should be allowed to rebut that testimony. |

**DEFENDANTS' TRIAL EXHIBITS**

| Exh. No. | Date | Description | Bates Numbers | Objection | Response to Objection |
|---|---|---|---|---|---|
| 301 | 11/2/1983 | Statement of Darryl Cannon | | same as 300 | See response to 300 |
| 302 | 10/30/1983 | Statement of David Bates | | same as 300 | See response to 300 |
| 303 | 10/30/1983 | Statement of Gregory Banks | | same as 300 | See response to 300 |
| 304 | 6/7/1984 | Statement of Phillip Adkins | | same as 300 | See response to 300 |
| 305 | 5/1/1986 | Statement of Eric Caine | | same as 300 | See response to 300 |
| 306 | 6/7/1989 | Statement of Corey Batchelor | | same as 300 | See response to 300 |
| 307 | 6/7/1989 | Statement of Kevin Bailey | | same as 300 | See response to 300 |